UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

In re:                                                                Case No: 20-12462-BKC-LMI
                                                                      Chapter 13
Emma Lydia Castillo
         Debtor.
_____/

**AGREED EX PARTE STIPULATION FOR SUBSTITUTION OF COUNSEL**

**COMES NOW** the Debtor, Emma Lydia Castillo, as well as current and prospective counsel and move this Honorable Court for an Agreed Ex Parte Order of Substitution of Counsel and state as follows:

1. The Debtor is currently represented by ARMANDO ALFONSO, ESQ.

2. The Debtor, as well as the current and prospective counsel, all agreed that ARMANDO ALFONSO, ESQ. be relieved of all further obligation to continue to represent the Debtor before this Court, and that CHRISTIAN DIAZ, ESQ., of the Law Firm of Diaz & Associates, be substituted in as counsel for the Debtor.

**WHEREFORE**, the Debtor, Emma Lydia Castillo, and current prospective counsel pray that this Honorable Court enters an Agreed Ex Parte Order for Substitution of Counsel.

_____
Emma Lydia Castillo, Debtor

Armando Alfonso, Esquire
815 NW 57 Avenue, #217
Miami, Florida 33126
Royal Palm Beach, FL 33421

Christian Diaz, Esquire
Law Firm of Diaz & Associates, P.A.
9370 SW 72 Street, Suite A110
Miami Florida 33173